✎AO 440 (Del Rev.10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____DELAWARE_____

Symbol Technologies, Inc.,

      Plaintiff,

      v.

Intermec Technologies Corp.,

      Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: _____

TO:    Intermec Technologies Corp.
        c/o The Prentice-Hall Corporation System, Inc.
        2711 Centerville Road, Suite 400
        Wilmington, Delaware 19808

      **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

      Andre G. Bouchard, Esquire (I.D. No. 2504)
      Karen L. Pascale, Esquire (I.D. No. 2903)
      Bouchard Margules & Friedlander, P.A.
      222 Delaware Avenue, Suite 1400
      Wilmington, DE 19801
      (302) 573-3500

an answer to the complaint which is served upon you with this summons, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Peter T. Dalleo                                3/10/05
CLERK                                            DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>3/11/05 |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: INTERMEC TECHNOLOGIES CORP. C/O THE PRENTICE-HALL CORPORATION SYSTEMS, INC AT 2711 CENTERVILLE RD. WILMINGTON, DE; COPIES THEREOF WERE ACCEPTED BY: MARY MESSINA (PROCESS AGENT)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/10/05
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.