IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERMEC TECHNOLOGIES CORP., a Washington Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-146 |

## RULE 7.1 DISCLOSURE STATEMENT
## OF SYMBOL TECHNOLOGIES, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Symbol Technologies, Inc. ("Symbol"), hereby states: Symbol is a publicly held corporation. Symbol has no other corporate parents, subsidiaries or affiliates that are publicly held.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

March 11, 2005

*/s/ Karen L. Pascale*
Andre G. Bouchard (I.D. No. 2504)
Karen L. Pascale (I.D. No. 2903)
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
*Attorneys for Plaintiff Symbol Technologies, Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000