IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, Plaintiff, v. INTERMEC TECHNOLOGIES CORP., a Washington corporation, Defendant. | ) ) ) ) ) Civil Action No. 05-146 ) ) ) ) ) ) ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admissions *pro hac vice* of the following attorneys to represent the plaintiff, Symbol Technologies, Inc. in this matter:

>Eric J. Lobenfeld, Esquire
>Ira J. Schaefer, Esquire
>Tedd W. Van Buskirk, Esquire
>Hogan & Hartson L.L.P.
>875 Third Avenue
>New York, NY 10022
>(212) 637-5000

>BOUCHARD MARGULES & FRIEDLANDER, P.A.

Dated: March 22, 2005

>*[signature: John M. Seaman #3868 for]*
>Andre G. Bouchard (I.D. No. 2254)
>Karen L. Pascale (I.D. No. 2903)
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>(302) 573-3500
>*Attorneys for Plaintiff Symbol Technologies, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2005, that counsel's motion for admission pro hac vice is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                       Eric J. Lobenfeld
                                       HOGAN & HARTSON L.L.P.
                                       875 Third Avenue
                                       New York, NY 10022
                                       Tel: (212) 918-3000
                                       Fax: (212) 918-3100
                                       E-mail: EJLobenfeld@HHLAW.com

Dated: March 17, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of New York and Massachusetts. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Ira J. Schaefer
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
E-mail: IJSchaefer@HHLAW.com

Dated: March 17, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of New York and New Jersey. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Tedd W. Van Buskirk
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
E-mail: TWVanBuskirk@HHLAW.com

Dated: March 18, 2005