IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware Corporation, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 05-146-GMS |
| INTERMEC TECHNOLOGIES CORP., a Washington Corporation, ) ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendant. ) | |

## INTERMEC'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant and counterclaimant Intermec Technologies Corp. states that Unova, Inc. is its parent corporation.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      */s/ Jack B. Blumenfeld*
                                      Jack B. Blumenfeld (#1014)
                                      Rodger D. Smith II (#3778)
                                      Leslie A. Polizoti (#4299)
                                      1201 N. Market Street
                                      P.O. Box 1347

OF COUNSEL:
                                      Wilmington, DE 19899
                                      (302) 658-9200

Frederick A. Lorig                    *Attorneys for Defendant and Counterclaim*
Bruce R. Zisser                      *Plaintiff Intermec Technologies Corp.*
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071
(213) 627-7774

March 23, 2005

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on March 23, 2005 I electronically filed Intermec's Rule 7.1 Statement with the Clerk of the Court using CM/ECF, which will send notification of such filing to Karen L. Pascale (kpascale@bmf-law.com).

I also certify that copies were caused to be served on March 24, 2005 upon the following in the manner indicated:

**BY HAND**

Karen L. Pascale, Esquire
Bouchard, Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Eric J. Lobenfeld, Esquire
Hogan & Hartson
875 Third Avenue
New York, NY  10022

/s/     Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com