IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>INTERMEC TECHNOLOGIES CORP., a Washington corporation,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-146-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF SYMBOL TECHNOLOGIES, INC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c)**

Pursuant to Federal Rule of Civil Procedure 12(c), Plaintiff Symbol Technologies, Inc. ("Symbol"), respectfully moves the Court for a judgment on the pleadings dismissing, with prejudice, Defendant Intermec Technologies Corp.'s ("Intermec") counterclaims for a declaratory judgment that Symbol had no right to terminate the parties' OEM Agreement (the "Agreement") (Count I) and for breach of the Agreement (Counts II, III and IV), and for an order (i) declaring that Symbol had the right to terminate the Agreement; (ii) declaring that Symbol has not breached the Agreement by terminating Intermec's rights thereunder; (iii) declaring that Intermec has ratified Symbol's termination of the Agreement; and (iv) declaring that Intermec's institution of another patent action against Symbol (the "Intermec Patent Action") was a material breach of the Agreement giving rise to an additional basis for Symbol to terminate the Agreement.

The grounds for this motion are set forth in Symbol Technologies, Inc.'s Opening Brief in Support of Its Motion for Judgment on the Pleadings Pursuant to Rule 12(c), filed contemporaneously herewith.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

May 17, 2005

/s/ Karen L. Pascale
Andre G. Bouchard (I.D. No. 2504)
 [abouchard@bmf-law.com]
Karen L. Pascale (I.D. No. 2903)
 [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500

*Attorneys for Plaintiff,*
*Symbol Technologies, Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on May 17, 2005, I caused to be electronically filed a true and correct copy of the notice of the foregoing *Symbol Technologies, Inc.'s Motion for Judgment on the Pleadings Pursuant to Rule 12(c)* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801
>[jblumenfeld@mnat.com]

I further certify that on May 17, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

### *By FedEx*

>Frederick A. Lorig, Esquire
>Bruce R. Zisser, Esquire
>BRIGHT & LORIG, P.C.
>633 West Fifth Street
>Suite 3330
>Los Angeles, CA 90071
>
>Carson Veach, Esquire
>Leland W. Hutchinson, Jr., Esquire
>Jennifer Fitzgerald, Esquire
>FREEBORN & PETERS LLP
>311 South Wacker Drive
>Suite 3000
>Chicago, IL 60606

>/s/ Karen L. Pascale
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
>Karen L. Pascale (#2903) [kpascale@bmf-law.com]
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>(302) 573-3500
>   *Attorneys for Plaintiff, Symbol Technologies, Inc.*