**BOUCHARD MARGULES & FRIEDLANDER**
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOANNE P. PINCKNEY
COUNSEL
KAREN L. PASCALE
JOHN M. SEAMAN
DOMINICK T. GATTUSO

May 19, 2005

**By E-Filing**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lock Box 19
Wilmington, Delaware 19801

   RE:  ***Symbol Technologies, Inc. v. Intermec Technologies Corp.,***
      **C.A. No. 05-146-GMS**

Dear Judge Sleet:

  I write to alert the Court that Symbol has today filed a corrected version of its Opening Brief in Support of Its Motion for Judgment on the Pleadings Pursuant to Rule 12(c) (D.I. 12, dated May 17, 2005). This correction was necessary due to certain last-minute word processing errors which affected the last paragraph of Argument section D. In addition, Symbol has taken the opportunity to correct a few minor typographical errors.

  I apologize for any inconvenience this may have caused.

                Respectfully submitted,

                Karen L. Pascale
                (I.D. No. 2903)

Enclosure

cc:  Jack B. Blumenfeld, Esquire (by hand)
   Frederick A. Lorig, Esquire (PDF copy by e-mail)
   Carson Veach, Esquire (PDF copy by e-mail)
   Eric J. Lobenfeld, Esquire (PDF copy by e-mail)