IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware Corporation, Plaintiff, v. INTERMEC TECHNOLOGIES CORP., a Washington Corporation, Defendant. | Civil Action No. 05-146-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiff, Symbol Technologies, Inc., in this matter:

> Shana J. Krupp
> HOGAN & HARTSON L.L.P.
> 875 Third Avenue
> New York, NY 10022
> Tel: (212) 918-3000
> Fax: (212) 918-3100
> E-mail: SJKrupp@HHLAW.com

> BOUCHARD MARGULES & FRIEDLANDER, P.A.
>
> By: /s/ Karen L. Pascale
> Andre G. Bouchard (I.D. No. 2504)
> Karen L. Pascale (I.D. No. 2903)
> 222 Delaware Avenue, Suite 1400
> Wilmington, Delaware
> Telephone: (302) 573-3500
> [abouchard@bmf-law.com]
> [kpascale@bmf-law.com]

Dated: June 3, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of June, 2005, that counsel's motion for admission pro hac vice is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

_____
Shana J. Krupp
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
E-mail: SJKrupp@HHLAW.com

Dated: June 2, 2005

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on June 3, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Motion and Order for Admission Pro Hac Vice* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801
>[jblumenfeld@mnat.com]

I further certify that on June 3, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

>*By FedEx*
>
>Frederick A. Lorig, Esquire
>Bruce R. Zisser, Esquire
>BRIGHT & LORIG, P.C.
>633 West Fifth Street
>Suite 3330
>Los Angeles, CA  90071
>
>Carson Veach, Esquire
>Leland W. Hutchinson, Jr., Esquire
>Jennifer Fitzgerald, Esquire
>FREEBORN & PETERS LLP
>311 South Wacker Drive
>Suite 3000
>Chicago, IL  60606

>/s/ Karen L. Pascale
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
>Karen L. Pascale (#2903) [kpascale@bmf-law.com]
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>(302) 573-3500
>  *Attorneys for Plaintiff, Symbol Technologies, Inc.*