**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-146-GMS |
| INTERMEC TECHNOLOGIES CORP., a Washington corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. Local Rule 7.1.4, Plaintiff Symbol Technologies, Inc. ("Symbol")

hereby respectfully requests the opportunity to present oral argument in support of its Motion for

Judgment on the Pleadings Pursuant to Rule 12(c) (D.I. 11, filed May 17, 2005).

BOUCHARD MARGULES & FRIEDLANDER, P.A.

June 9, 2005

_/s/ Karen L. Pascale_____
Andre G. Bouchard (I.D. No. 2504)
   [abouchard@bmf-law.com]
Karen L. Pascale (I.D. No. 2903)
   [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
   *Attorneys for Plaintiff, Symbol Technologies, Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on June 9, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Request for Oral Argument* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
[jblumenfeld@mnat.com]

I further certify that on June 9, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

### *By E-Mail*

Frederick A. Lorig, Esquire [florig@brightlorig.com]
Bruce R. Zisser, Esquire [bzisser@brightlorig.com]
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

Carson Veach, Esquire [cveach@freebornpeters.com]
Leland W. Hutchinson, Jr., Esq. [lhutchinson@freebornpeters.com]
Jennifer Fitzgerald, Esquire [jfitzgerald@freebornpeters.com]
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

_____/s/ Karen L. Pascale_____
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
   *Attorneys for Plaintiff, Symbol Technologies, Inc.*