IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-146 (GMS) |
| | ) | |
| INTERMEC TECHNOLOGIES CORP. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS on May 17, 2005, Symbol Technologies, Inc. filed a Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) (D.I. 11);

WHEREAS after considering the parties' submissions, the court will deny the motion;

WHEREAS on July 21, 2005, Intermec Technologies Corp. filed a motion for leave to amend (D.I. 28); and

WHEREAS after due consideration, the court will grant the motion.

IT IS HEREBY ORDERED THAT:

1.   The Motion for Judgment on the Pleadings (D.I. 11) be DENIED; and

2.   The motion for leave to amend (D.I. 28) be GRANTED.

Dated: July 29, 2005

UNITED STATES DISTRICT JUDGE



FILED

JUL 2 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE