IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES INC., a Delaware Corporation, ) ) ) Plaintiff, ) ) v. ) ) INTERMEC TECHNOLOGIES CORP., ) a Washington Corporation, ) ) Defendant. ) ) | Civil Action No. 05-146 (GMS) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Intermec's First Set of Interrogatories to Symbol and Intermec's First Set of Requests to Symbol for the Production of Documents and Things were caused to be served on July 29, 2005 upon the following in the manner indicated:

**BY HAND**

Karen L. Pascale
Bouchard, Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Eric J. Lobenfeld
Hogan & Hartson
875 Third Avenue
New York, NY  10022