# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 575 7278
302 425 3011 Fax
mnoreika@mnat.com

August 3, 2005

<u>BY ELECTRONIC FILING</u>

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re: <u>Symbol v. Intermec; C.A. No. 05-146 (GMS)</u>

Dear Judge Sleet:

      As the Court directed at the July 26, 2005 Scheduling Conference, enclosed is the Scheduling Order for the above-captioned case.

                                        Respectfully,

                                        */s/ Maryellen Noreika (#3208)*

                                        Maryellen Noreika

MN/bls
Enclosure

cc:     Peter T. Dalleo, Clerk (By Hand)
         Karen L. Pascale, Esquire (By Hand)
         Eric J. Lobenfeld, Esquire (By Facsimile)
         Frederick A. Lorig, Esquire (By Facsimile)
         Carson Veach, Esquire (By Facsimile)