IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERMEC TECHNOLOGIES CORP., a Washington corporation, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-146-GMS ) ) ) ) ) ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Connolly Bove Lodge & Hutz LLP is substituted for the law firm of Bouchard Margules & Friedlander, P.A. as counsel for the plaintiff, Symbol Technologies, Inc. The admissions *pro hac vice* for Symbol are unchanged.

| CONNOLLY BOVE LODGE & HUTZ LLP | BOUCHARD, MARGULES & FRIEDLANDER, P.A. |
|---|---|
| /s/ Arthur G. Connolly, III <br> Kevin F. Brady (#2248) <br> [KBrady@cblh.com] <br> Arthur G. Connolly, III (#2667) <br> [AConnollyIII@cblh.com] <br> 1007 North Orange Street <br> Post Office Box 2207 <br> Wilmington, DE  19899 <br> (302) 658-9141 | /s/ Karen L. Pascale <br> Andre G. Bouchard (#2504) <br> [abouchard@bmf-law.com] <br> Karen L. Pascale (#2903) <br> [kpascale@bmf-law.com] <br> 222 Delaware Avenue, Suite 1400 <br> Wilmington, DE  19801 <br> (302) 573-3500 |

Dated:  August 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2005, I caused to be electronically filed a true and correct copy of the notice of the foregoing *Notice of Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>   Jack B. Blumenfeld, Esquire [jbbefiling@mnat.com]
>   Rodger D. Smith, II, Esquire [rdsefiling@mnat.com]
>   MORRIS NICHOLS ARSHT & TUNNELL
>   1201 N. Market Street
>   Wilmington, DE 19801

I further certify that on August 5, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

>   ***Via E-mail and Hand Delivery***
>
>   Arthur G. Connolly, III
>   CONNOLLY BOVE LODGE & HUTZ LLP
>   1007 North Orange Street
>   Wilmington, DE 19801
>   [AConnollyIII@cblh.com]
>
>   ***Via E-mail and FedEx***
>
>   Frederick A. Lorig, Esquire
>   Bruce R. Zisser, Esquire
>   BRIGHT & LORIG, P.C.
>   633 West Fifth Street
>   Suite 3330
>   Los Angeles, CA 90071
>   [florig@brightlorig.com]
>   [bzisser@brightlorig.com]
>
>   Carson Veach, Esquire
>   Leland W. Hutchinson, Jr., Esquire
>   Jennifer Fitzgerald, Esquire
>   FREEBORN & PETERS LLP
>   311 South Wacker Driver
>   Suite 3000
>   Chicago, IL 60606
>   [cveach@freebornpeters.com]
>   [lhutchinson@freebornpeters.com]
>   [jfitzgerald@freebornpeters.com]

2

      /s/ Karen L. Pascale
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
  *Attorneys for Plaintiff,*
  *Symbol Technologies, Inc.*