## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., | ) |
| | ) |
| v. | ) |
| | ) |
| | ) C.A. No. 05-146-GMS |
| INTERMEC TECHNOLOGIES, INC., | ) |
| | ) |
| Defendants; | ) |
| | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Symbol Technologies, Inc.'s

First Set of Request for Production of Documents and Things to Intermec Technologies Corp.,

were served on August 4, 2005 on the following counsel of record in the manner indicated:

**By Hand Delivery:**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**By Federal Express:**

Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
Bight & Lorig, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

**By Federal Express:**

Carson Veach, Esquire
Leland W. Hutchinson, Jr., Esquire
Jennifer Fitzgerald, Esquire
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Dated: August, 5, 2005                    CONNOLLY BOVE LODGE & HUTZ LLP

                                          By:   ___/s/ Arthur G. Connolly, III_____
                                                Kevin F. Brady (#2248)
                                                Arthur G. Connolly, III (#2667)
                                                The Nemours Building
                                                1007 North Orange Street
                                                P.O. Box 2207
                                                Wilmington, DE 19899
                                                (302) 658-9141
                                                Attorneys for Plaintiff and
                                                Counterclaim-Defendant
                                                Symbol Technologies, Inc.


Of Counsel:

Eric J. Lobenfeld
Ira J. Schaefer
Jonathan M. Sobel
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, N.Y. 10022
(212) 918-3000