IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-146-GMS |
| INTERMEC TECHNOLOGIES CORP., | : | |
| Defendant. | : | |
| _____ | : | |
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, | : | |
| Plaintiff-Counterclaim Defendant, | : | |
| v. | : | Civil Action No. 05-147-SLR |
| INTERMEC TECHNOLOGIES CORP., a Washington corporation, | : | |
| Defendant-Counterclaimant. | : | |

## ORDER

At Wilmington this **9th** day of **August, 2005**.

IT IS ORDERED that a teleconference in the above matters has been scheduled for **Wednesday, January 11, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the matters and the parties' interest in court-assisted ADR. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

                                                /s/ Mary Pat Thynge
                                                UNITED STATES MAGISTRATE JUDGE