IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-146 (GMS) |
| | ) | |
| INTERMEC TECHNOLOGIES, CORP., | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Intermec's Initial Disclosures Pursuant to Rule 26(a)(1) were caused to be served on August 10, 2005 upon the following in the manner indicated:

**BY HAND**

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Eric J. Lobenfeld
Hogan & Hartson
875 Third Avenue
New York, NY  10022

          MORRIS, NICHOLS, ARSHT & TUNNELL

          /s/ Maryellen Noreika

          _____
          Jack B. Blumenfeld (#1014)
          Maryellen Noreika (#3208)
          Rodger D. Smith II (#3778)
          Leslie A. Polizoti (#4299)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899
          (302) 658-9200
            *Attorneys for Defendant and Counterclaim*
            *Plaintiff Intermec Technologies Corp.*

OF COUNSEL:

Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071
(213) 627-7774

Carson P. Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000

August 10, 2005