IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-146-GMS |
| INTERMEC TECHNOLOGIES, INC., | ) |
| | ) |
| Defendants; | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of **Plaintiff Symbol Technologies, Inc.'s Responses to Defendant Intermec Technologies Corp.'s First Set of Request for Documents and Things**, were served on August 29, 2005 on the following counsel of record in the manner indicated:

**By Hand Delivery:**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**By Federal Express:**

Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
Bight & Lorig, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

**By Federal Express:**

Carson Veach, Esquire
Leland W. Hutchinson, Jr., Esquire
Jennifer Fitzgerald, Esquire
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Dated: August 29, 2005        CONNOLLY BOVE LODGE & HUTZ LLP

By:   /s/Arthur G. Connolly, III
      Kevin F. Brady (#2248)
      Arthur G. Connolly, III (#2667)
      The Nemours Building
      1007 North Orange Street
      P.O. Box 2207
      Wilmington, DE 19899
      (302) 658-9141
      Attorneys for Plaintiff and
      Counterclaim-Defendant
      Symbol Technologies, Inc.

Of Counsel:

Eric J. Lobenfeld
Ira J. Schaefer
Jonathan M. Sobel
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, N.Y. 10022
(212) 918-3000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2005, true and correct copies of the foregoing were served on the following counsel of record for Defendant in the manner indicated:

**By Hand Delivery**
Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801

**By FedEx**
Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

Carson Veach, Esquire
Leland W. Hutchinson, Jr., Esquire
Jennifer Fitzgerald, Esquire
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

/s/Arthur G. Connolly, III