# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 575 7291
302 425 3012 FAX
jblumenfeld@mnat.com

September 7, 2005

BY ELECTRONIC FILING

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, Delaware  19801

> Re:     Intermec IP Corp. v. Symbol Technologies, Inc. C.A. No. 04-357-GMS;
> Symbol Technologies, Inc. v. Intermec Technologies Corp.
> C.A. No. 05-146-GMS

Dear Judge Sleet:

This will confirm, as we advised Your Honor's Chambers yesterday evening, that the parties have reached an agreement to settle the RFID litigation, C.A. No. 04-357-GMS.  We expect to file a stipulation of dismissal of that action shortly.

Intermec and Symbol have also agreed to request that certain other litigation, including the contract action pending before Your Honor, C.A. No. 05-146-GMS, be stayed for ninety days so that possible resolution of that litigation can be explored, and that the schedules in those cases be extended by three months.  The parties to that litigation have agreed to file a Stipulated Motion for Extension of Time promptly.  Counsel will, of course, be available for a telephone conference at Your Honor's convenience to discuss that motion should Your Honor have any questions.

Respectfully,

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld

cc:     Peter T. Dalleo, Clerk (By Hand)
        Arthur G. Connolly, III, Esquire (By Hand)
        Eric J. Lobenfeld, Esquire (By Fax)
        Frederick A. Lorig, Esquire (By Fax)
        Carson Veach, Esquire (By Fax)