IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-146 (GMS) |
| | ) | |
| INTERMEC TECHNOLOGIES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED MOTION FOR EXTENSION OF TIME**

Symbol Technologies, Inc. ("Symbol") and Intermec Technologies Corp. ("Intermec") jointly move for a 90-day extension of time for all proceedings in this case while the parties attempt to resolve their disputes.

As the Court is aware, Symbol and Intermec are engaged in several disputes involving their respective intellectual property. Effective as of September 1, 2005, Symbol and Intermec entered into a Standstill Agreement ("Agreement") pursuant to which they agreed to a standstill in the above-captioned action until December 1, 2005 while they attempt to resolve their disputes. Pursuant to that Agreement, the parties also agreed to file this motion, jointly seeking leave of the Court to postpone the pretrial and trial dates for this litigation by 90 days (the approximate time of the standstill) to allow settlement discussions to proceed.

A proposed amended scheduling order for this case is attached as Exhibit A.[1]  The parties jointly request that the Court enter the proposed order.

| MORRIS, NICHOLS, ARSHT & TUNNELL | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Jack B. Blumenfeld (#1014)* | */s/ Arthur G. Connolly, III (#2667)* |
| Jack B. Blumenfeld (#1014) | Kevin F. Brady (#2248) |
| Maryellen Noreika (#3208) | Arthur G. Connolly, III (#2667) |
| 1201 N. Market Street | 1007 N. Orange Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 658-9200 | (302) 658-9141 |
| *Attorneys for Intermec Technologies Corp.* | *Attorneys for Symbol Technologies, Inc.* |

---

[1] Dates involving the Court's schedule have been left blank to allow the Court to consult its schedule and fill in convenient dates.

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on September 9, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following: Arthur G. Connolly, III; Eric J. Lobenfeld; Lawrence V. Brocchini; Shana J. Krupp; Ira J. Schaefer; Tedd W. Van Buskirk and Maryellen Noreika.

I also certify that copies were caused to be served on September 9, 2005 upon the following in the manner indicated:

### BY HAND

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Eric J. Lobenfeld
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

/s/ *Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com