IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-146 (GMS) |
| | ) | |
| INTERMEC TECHNOLOGIES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED MOTION FOR EXTENSION OF TIME**

   Symbol Technologies, Inc. ("Symbol") and Intermec Technologies Corp. ("Intermec") jointly move for an additional 120-day extension of time for all proceedings in this case while the parties attempt to resolve their disputes.

   Symbol and Intermec are engaged in several disputes involving their respective intellectual property. As explained in the parties' September 14, 2005 Stipulated Motion for Extension of Time, the parties agreed to stay this case until December 1, 2005 pending settlement discussions. The parties, however, are continuing their discussions and have agreed to engage in non-binding dispute resolution before a third party. The parties also agreed to file this motion, jointly seeking leave of the Court to postpone the pretrial and trial dates for the above-captioned case by an additional 120 days to allow further settlement discussions to proceed.

   A proposed scheduling order for the above-captioned case is attached as Exhibit A.[1] The parties jointly request that the schedule for the above-captioned case be extended and that the Court enter the proposed order.

---

[1]  The proposed order attached as Exhibit A extends the pretrial and trial dates in the agreed-upon consolidated schedule by approximately 120 days. The trial date and dates
(continued . . .)

MORRIS, NICHOLS, ARSHT & TUNNELL      CONNOLLY BOVE LODGE & HUTZ LLP


*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
Wilmington, Delaware  19899
(302) 658-9200
  *Attorneys for Intermec Technologies Corp.*

*/s/ Arthur G. Connolly, III (#2667)*
Kevin F. Brady (#2248)
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
Wilmington, Delaware  19899
(302) 658-9141
  *Attorneys for Symbol Technologies, Inc.*


December 12, 2005

496707

---

(. . . continued)

  involving Court conferences have been left blank to allow for consultation with the Court's schedule.

## CERTIFICATE OF SERVICE

I, Benjamin Schladweiler, hereby certify that on December 12, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:  Arthur G. Connolly, III; Eric J. Lobenfeld; Lawrence V. Brocchini; Shana J. Krupp; Ira J. Schaefer and Tedd W. Van Buskirk.

I also certify that copies were caused to be served on December 12, 2005 upon the following in the manner indicated:

**BY HAND**

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Eric J. Lobenfeld
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

*/s/ Benjamin Schladweiler (#4601)*
Benjamin Schladweiler (#4601)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
bschladweiler@mnat.com