IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-146-GMS |
| : | |
| INTERMEC TECHNOLOGIES CORP., : | |
| : | |
| Defendant. : | |

## **ORDER**

At Wilmington this **9th** day of **January, 2006**.

IT IS ORDERED that the teleconference in the above matter scheduled for Wednesday, January 11, 2006 at 9:00 a.m. with Magistrate Judge Thynge is canceled

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE