IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-146 (GMS) |
| | ) |
| INTERMEC TECHNOLOGIES CORP., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED, by Plaintiff Symbol Technologies, Inc. ("Symbol") and Defendant Intermec Technologies Corp. ("Intermec"), through their respective counsel of record, as follows:

1. This action, including all claims and counterclaims asserted therein, is hereby dismissed **without prejudice** pursuant to Fed. R. Civ. Pro. 41(a)(i)(ii).

2. Each side shall bear its own costs and attorneys' fees in connection therewith.

Dated:    February 9, 2006

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/Arthur G. Connolly, III | /s/ Maryellen Noreika |
| Arthur G. Connolly, III (#2667) | Jack B. Blumenfeld (#1014) |
| Kevin F. Brady (#2248) | Maryellen Noreika (#3208) |
| The Nemours Building | 1201 N. Market Street |
| 1007 North Orange Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 658-9141 | (302) 658-9200 |
| Attorneys for Plaintiff Symbol Technologies Inc. | Attorneys for Defendant Intermec Technologies Corp. |

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Shana J. Krupp
HOGAN & HARTSON
875 Third Avenue
New York, NY 10022
(212) 918-3000

OF COUNSEL:

Frederick A. Lorig
QUINN EMANUEL
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Carson P. Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald, Esquire
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606-6677
(312) 360-6000