CLOSED, MEDIATION, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00146-GMS
### Internal Use Only

| | |
|---|---|
| Symbol Technologies, Inc. v. Intermec Technologies Corporation | Date Filed: 03/10/2005 |
| Assigned to: Honorable Gregory M. Sleet | Jury Demand: Defendant |
| Cause: 28:2201 Declaratory Judgment | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Symbol Technologies, Inc.**　　　　　represented by　**Arthur G. Connolly, III**
*a Delaware Corporation*　　　　　　　　　　　　　　Connolly, Bove, Lodge & Hutz
　　　　　　　　　　　　　　　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　　　　　　　　　　　　　　　1007 North Orange Street
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 2207
　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 658-9141
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: aconnollyIII@cblh.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Karen L. Pascale**
　　　　　　　　　　　　　　　　　　　　　　　　　　Young Conaway Stargatt & Taylor, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　The Brandywine Bldg., 17th Fl.
　　　　　　　　　　　　　　　　　　　　　　　　　　1000 West Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　302-571-6600
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: kpascale@ycst.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 08/05/2005*
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Eric J. Lobenfeld**
　　　　　　　　　　　　　　　　　　　　　　　　　　Pro Hac Vice
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ejlobenfeld@hhlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Ira J. Schaefer**
　　　　　　　　　　　　　　　　　　　　　　　　　　Pro Hac Vice
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ijschaefer@hhlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Lawrence V. Brocchini**
　　　　　　　　　　　　　　　　　　　　　　　　　　Pro Hac Vice

        Email: lbrocchini@hhlaw.com
*ATTORNEY TO BE NOTICED*

**Shana J. Krupp**
Pro Hac Vice
Email: SJKrupp@hhlaw.com
*ATTORNEY TO BE NOTICED*

**Tedd W. Van Buskirk**
Pro Hac Vice
Email: twvanbuskirk@hhlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Intermec Technologies Corporation**    represented by    **Benjamin J. Schladweiler**
*a Washington Corporation*                                  Morris, Nichols, Arsht & Tunnell
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        Email: bschladweiler@mnat.com
        *ATTORNEY TO BE NOTICED*

        **Jack B. Blumenfeld**
        Morris, Nichols, Arsht & Tunnell
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        Email: jbbefiling@mnat.com
        *ATTORNEY TO BE NOTICED*

        **Maryellen Noreika**
        Morris, Nichols, Arsht & Tunnell
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        Email: menefiling@mnat.com
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Intermec Technologies Corporation**    represented by    **Jack B. Blumenfeld**
*a Washington Corporation*                                  (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| Symbol Technologies, Inc. | represented by | **Arthur G. Connolly, III** |
|---|---|---|
| *a Delaware Corporation* | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Karen L. Pascale** |
| | | (See above for address) |
| | | *TERMINATED: 08/05/2005* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2005 | 1 | COMPLAINT filed against Intermec Technologies Corporation - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 138440.) - filed by Symbol Technologies, Inc.. (Attachments: # (1) Civil Cover Sheet # (2) Acknowledgement of Consent Form )(mwm, ) Modified on 3/16/2005 (rjb, ). (Entered: 03/11/2005) |
| 03/10/2005 | | Summons Issued as to Intermec Technologies Corporation on 3/10/2005. (mwm, ) (Entered: 03/11/2005) |
| 03/11/2005 | 2 | Return of Service Executed by Symbol Technologies, Inc.. Intermec Technologies Corporation served on 3/11/2005, answer due 3/31/2005. (Pascale, Karen) (Entered: 03/11/2005) |
| 03/11/2005 | 3 | Disclosure Statement pursuant to Rule 7.1 filed by Symbol Technologies, Inc.. (Pascale, Karen) (Entered: 03/11/2005) |
| 03/16/2005 | | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 03/16/2005) |
| 03/22/2005 | 4 | MOTION for Pro Hac Vice Appearance of Attorney Eric J. Lobenfeld; Ira J. Schaefer; Tedd W. VanBuskirk - filed by Symbol Technologies, Inc.. (Pascale, Karen) (Entered: 03/22/2005) |
| 03/23/2005 | 5 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM *Answer and Counterclaims of Intermec Technologies Corp.* against Symbol Technologies, Inc. by Intermec Technologies Corporation.(Blumenfeld, Jack) (Entered: 03/23/2005) |
| 03/23/2005 | | Disclosure Statement pursuant to Rule 7.1 filed by Symbol Technologies, Inc., Symbol Technologies, Inc. identifying Unova, Inc. as Corporate Parent. (Blumenfeld, Jack) Modified on 3/24/2005 (mmm, ). THIS D.I. FILED IN ERROR. THE FILER SHOULD BE INTERMEC TECHNOLOGIES CORPORATION. SEE CORRECT D.I. 7. (Entered: 03/23/2005) |
| 03/23/2005 | 7 | Disclosure Statement pursuant to Rule 7.1 filed by Intermec |

| | | |
|---|---|---|
| | | Inc..Answering Brief/Response due date per Local Rules is 6/3/2005. (Pascale, Karen) (Entered: 05/19/2005) |
| 05/19/2005 | 15 | Letter to The Honorable Gregory M. Sleet from Karen L. Pascale regarding Symbol filed a corrected version of D.I.12 re 14 Opening Brief in Support,. (Pascale, Karen) (Entered: 05/19/2005) |
| 06/02/2005 | | CORRECTING ENTRY: Answering Brief with Attachments (formerly D.I. No. 16) has been deleted because it contained sealed material. (mmm) (Entered: 06/02/2005) |
| 06/02/2005 | 16 | ANSWERING BRIEF in Opposition re 11 MOTION for Judgment on the Pleadings *(Plaintiff Symbol Technologies, Inc.'s Motion for Judgment on the Pleadings Pursuant to Rule 12(c))* filed by Intermec Technologies Corporation.Reply Brief due date per Local Rules is 6/9/2005. (Attachments: # 1 Exhibit Exhibits A & B Under Seal# 2 Exhibit Exhibit C)(Blumenfeld, Jack) (Entered: 06/02/2005) |
| 06/03/2005 | 17 | MOTION for Pro Hac Vice Appearance of Attorney Shana J. Krupp - filed by Symbol Technologies, Inc.. (Pascale, Karen) (Entered: 06/03/2005) |
| 06/07/2005 | | SO ORDERED, re 17 MOTION for Pro Hac Vice Appearance of Attorney Shana J. Krupp filed by Symbol Technologies, Inc. Signed by Judge Gregory M. Sleet on 6/7/05. (asw ) (Entered: 06/07/2005) |
| 06/08/2005 | 18 | ==SEALED REPLY BRIEF re 11 MOTION for Judgment on the Pleadings *(Plaintiff Symbol Technologies, Inc.'s Motion for Judgment on the Pleadings Pursuant to Rule 12(c)) (Symbol Technologies, Inc.'s Reply Brief in Support of its Motion for Judgment on the Pleadings Pursuant to Rule 12(c))* filed by Symbol Technologies, Inc.. (Pascale, Karen) (Entered: 06/08/2005)== |
| 06/09/2005 | 19 | REQUEST for Oral Argument by Symbol Technologies, Inc. re 11 MOTION for Judgment on the Pleadings *(Plaintiff Symbol Technologies, Inc.'s Motion for Judgment on the Pleadings Pursuant to Rule 12(c))*. (Pascale, Karen) (Entered: 06/09/2005) |
| 06/13/2005 | 20 | Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding Symbol's request for oral argument re 19 Request for Oral Argument. (Blumenfeld, Jack) (Entered: 06/13/2005) |
| 06/14/2005 | 21 | Letter to The Honorable Gregory M. Sleet from Andre G. Bouchard regarding Response to Intermec's letter to the Court on 6/13 re 20 Letter. (Pascale, Karen) (Entered: 06/14/2005) |
| 06/15/2005 | 22 | REDACTED VERSION of 18 Reply Brief, *(REDACTED - Symbol Technologies, Inc.'s Reply Brief in Support of its Motion for Judgment on the Pleadings Pursuant to Rule 12(c))* by Symbol Technologies, Inc.. (Pascale, Karen) (Entered: 06/15/2005) |
| 06/21/2005 | 23 | Order Setting Teleconference: Pursuant to Local Rule 16.2(a), the court will hold an initial telephone conference on 7/1/2005 (Friday) at 9:00 AM with Honorable Gregory M. Sleet. Counsel should be prepared to |