OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2006

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com

RE:  **Symbol Technologies, Inc., v. Intermec Technologies Corporation.**
     Civ. No.: 05-146 GMS

Dear Counsel:

Pursuant to the Order entered on 8/11/06 by Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEM(S):  18.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on _____.

_____
Signature